** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| September 29, 2017 8:25:21 AM PDT | 12256127098 | 85 | 2 | Received |

Case 3:16-cv-00836-JWD-EWD    Document 20    09/29/17    Page 1 of 2

To: Page 1 of 2          9/29/2017 10:23:54 CDT          12256127098 From: Christine Lipsey

# McGLINCHEY STAFFORD

ATTORNEYS AT LAW

ALABAMA · CALIFORNIA · FLORIDA · LOUISIANA · MISSISSIPPI · NEW YORK · OHIO · TEXAS · WASHINGTON, DC

## MEMORANDUM OF TRANSMITTAL

**DATE:** September 29, 2017

**TO:** Honorable John W. deGravelles

**Fax Number** 225-389-3569

**FROM:** Aukse S. Joiner

**RE:** Thomas v. Ocwen Loan Servicing, LLC
Civil Action No: 3:16-cv-00836

**NO. OF PAGES:** 2 (Including Cover)

**MESSAGES, NOTES, COMMENTS:**

Please see attached.

**IF YOU EXPERIENCE DIFFICULTIES IN TRANSMISSION, OR DO NOT RECEIVE ALL PAGES INDICATED, PLEASE CONTACT JEFFERY MATTHEWS, AT 225-382-3684.**

Confidentiality Statement

"The information contained in this facsimile message is attorney privileged and confidential information intended only for the use of the individual or entity named above. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone and return the original message to us at the below address via the United States Postal Service."

301 Main Street, 14th Floor, Baton Rouge, LA 70801 • (225) 383-9000 • Fax (225) 343-3076 • www.mcglinchey.com

McGlinchey Stafford PLLC in Florida, Louisiana, Mississippi, New York, Ohio and Texas. McGlinchey Stafford LLP in California.



# McGLINCHEY STAFFORD

**ATTORNEYS AT LAW**

AUKSE S. JOINER
(225) 382-3705 Direct
(225) 343-3076 Fax
ajoiner@mcglinchey.com

CALIFORNIA    FLORIDA    LOUISIANA    MISSISSIPPI    NEW YORK    OHIO    TEXAS

September 29, 2017

<u>**VIA FACSIMILE (225) 389-3569**
**AND U.S. MAIL**</u>
Hon. John W. deGravelles
Judge, United States District Court
Middle District of Louisiana
777 Florida Street, Suite 355
Baton Rouge, LA 70801

       RE:    Thomas v. Ocwen Loan Servicing LLC
                 United States District Court, Middle District of Louisiana
                 Civil Action No. 3:16-cv-00836

Dear Judge deGravelles:

       With regard to the above-referenced matter, please know that Arthur Thomas (plaintiff) and Ocwen Loan Servicing LLC (defendant) have reached a settlement agreement in principal. The parties are currently in the process of finalizing the settlement through a formal settlement agreement. In light of the settlement in principal, we respectfully request the entry of a sixty day settlement dismissal order while the parties finalize the agreement. Once the settlement agreement is finalized, a formal motion to dismiss with prejudice will be filed. A copy of this letter has been provided to Mr. Thomas (an attorney) and his attorney. Please do not hesitate to contact me if you have any questions.

                                             Sincerely,

                                             **McGLINCHEY STAFFORD, PLLC**

                                             By: _____
                                                   Aukse S. Joiner

ASJ

cc:    Arthur Thomas        (via email and U.S. Mail)
      Dr. Ernest Johnson   (via email and U.S. Mail)

301 Main Street, Fourteenth Floor • Baton Rouge, LA 70801 • (225) 383-9000 • Fax (225) 343-3076 • www.mcglinchey.com

McGlinchey Stafford PLLC in Florida, Louisiana, Mississippi, New York, Ohio and Texas.
McGlinchey Stafford LLP in California.