## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

**ARTHUR R. THOMAS**                          **CIVIL MATTER:  3:16-CV-836**

        **Plaintiff,**                          **JUDGE  deGRAVELLES**

**VERSUS**                                   **MAGISTRATE JUDGE WILDER-DOOMES**

**OCWEN LOAN SERVICING LLC**

        **Defendant**

### VOLUNTARY JOINT MOTION TO DISMISS WITH PREJUDICE

    **NOW INTO COURT**, through undersigned counsel, come Plaintiff, Arthur R. Thomas,

and Defendant, Ocwen Loan Servicing LLC, who move that this Honorable Court dismiss the

Plaintiff's "Complaint for Damages for Wrongful Conversion and or Unlawful Retention of

Flood Insurance Proceeds" (Doc. Rec. 1), with prejudice and with each party to bear its own

attorney's fees and costs.

                        RESPECTFULLY SUBMITTED,

                        **McGLINCHEY STAFFORD, PLLC**

                        /s/ Jonathan G. Wilbourn
                        Jonathan G. Wilbourn, T.A. (Bar Roll No. 27683)
                        One American Place, 14th Floor
                        Baton Rouge, LA 70825
                        Telephone: (225) 383-9000
                        Facsimile:  (225) 343-3076
                        jwilbourn@mclginchey.com

                        **Attorneys for Ocwen Loan Servicing
LLC**

                              **and**

                        **ARTHUR R. THOMAS & ASSOCIATES, LLC**
                        3113 GOVERNMENT STREET
                        BATON ROUGE, LA 70806

984019.1

(225) 334-7490 (Office) (225) 802-4199 (Cell)
arthomas1@cox.net

By: /s/ Arthur R. Thomas
ARTHUR R. THOMAS, LA #12797
ERNEST L. JOHNSON, LA #07290

**Attorneys for Arthur R. Thomas**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served upon counsel of record via the Court's CM/ECF email service system this 15th day of November, 2017.

/s/ Jonathan G. Wilbourn

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**ARTHUR R. THOMAS**                                **CIVIL MATTER: 3:16-CV-836**

        **Plaintiff,**                                **JUDGE  deGRAVELLES**

**VERSUS**                                **MAGISTRATE JUDGE WILDER-DOOMES**

**OCWEN LOAN SERVICING LLC**

        **Defendant**

<u>**JUDGMENT**</u>

The Voluntary Joint Motion to Dismiss considered;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's "Complaint for Damages for Wrongful Conversion and or Unlawful Retention of Flood Insurance Proceeds" (Doc. Rec. 1), and any and all claims asserted against therein, is dismissed with prejudice and with each party to bear its own attorney's fees and costs.

**THUS DONE AND SIGNED** in Baton Rouge, Louisiana on this ____ day of _____, 2017.

 

 

_____
Judge, United States District Court
 Middle District of Louisiana

984019.1

3